**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00304-CR

### AARON GREGORY MOSEMAN, Appellant

### V.

### STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-81079-2012

## ORDER

The Court **REINSTATES** the appeal.

On July 17, 2013, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel; and (3) counsel indicated appellant's brief would be filed by August 31, 2013.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order. No further extensions will be granted. If appellant's brief is not filed within the time specified, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
         JUSTICE